NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TONY LAMONTE GREENE,**

*Plaintiff-Appellant*

**ANTHONY MICHAEL JACKSON, WILLIAM GEORGE COODEY, II, GARRY WAYNE WILSON, BILLIE WAYNE BIRD, LARRY DOAK, ROBERT LEE SMALLEN, CHAVIS LENARD DAY, DANIEL CODY WATKINS,**

*Plaintiffs*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2023-1898

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-01064-KCD, 1:22-cv-01185-KCD, Judge Kathryn C. Davis.

-----------------------------------------------

**TONY LAMONTE GREENE, ANTHONY MICHAEL JACKSON, WILLIAM GEORGE COODEY, II, GARRY WAYNE WILSON, LARRY DOAK, ROBERT LEE SMALLEN, CHAVIS LENARD DAY, DANIEL CODY WATKINS,**
*Plaintiffs*

**BILLIE WAYNE BYRD**
*Plaintiff – Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

————————————

2023-1954

————————————

Appeal from the United States Court of Federal Claims in No. 1:22-cv-01064-KCD, 1:22-cv-01185-KCD, Judge Kathryn C. Davis.

————————————

**O R D E R**

The appellant Billie Wayne Bird, having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal for Appeal No. 23-1954 be, and the same hereby is, DISMISSED, for failure

3                                                    GREENE V. US

to prosecute in accordance with the rules. The revised official caption for Appeal No. 23-1898 is reflected above.

FOR THE COURT

August 18, 2023
        Date                          /s/ Jarrett B. Perlow
                                      Jarrett B. Perlow
                                      Clerk of Court

**ISSUED AS A MANDATE (as to 23-1954 only):** August 18, 2023